**From:** Dalton, Steven V
**To:** Pablo A. Fernandez
**Subject:** Sheikh v County of Nassau
**Date:** Friday, November 28, 2025 2:57:11 PM

Caution! This message was sent from outside your organization.    Allow sender | Block sender

**Mr. Fernandez**

The County is authorized to settle the above case for ███████ Enjoy your weekend and we can discuss this at your convenience on Monday before the Court conference. Again my cell is 516-984-7068

**Best,**

**Steve**