**BRUCE A. BLAKEMAN**
County Executive

**THOMAS A. ADAMS**
County Attorney



**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

April 1, 2026

**VIA PACER**
Honorable Steven I. Locke
United States District Judge
Eastern Distrct of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Sheikh v. County of Nassau, et al., Docket No. **2:24-cv-06303-JS-SIL**

Dear Judge Locke,

Pursuant to your Order, please accept this update on the status of the settlement in this matter. The undersigned has reached out plaintiff's counsel on all matters-- including this one--that have executed settlement agreements where checks have not been issued yet in an effort to identify the reason for the delay. To that end, I am confident that a check for this case should be issued within approximately two weeks.

As always, we thank the Court for its time, patience, and consideration.

Respectfully submitted,

*Steven V. Dalton*

Steven V. Dalton, Esq.
Deputy County Attorney

cc:     All Parties (via PACER)