UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------

ADNAN SHEIKH,

                                 Plaintiff,

                -against-

COUNTY OF NASSAU, JUSTIN J. LOGERFO, individually and in his official capacity, THOMAS J. GOODRICH, individually and in his official capacity, NICHOLAS G. VILLANUEVA, individually and in his official capacity, JOHN DOES #1-10 (representing as yet unknown and unidentified members of the Nassau County Police Department), individually and in their official capacities, and JOHN DOES #11-20 (representing as yet unknown and unidentified members of the Nassau County District Attorney's Office) individually and in their official capacities,

                              Defendants.

-------------------------------------------------------------------- X

**STIPULATION AND
ORDER OF DISMISSAL**

    **IT IS HEREBY STIPULATED, CONSENTED AND AGREED**, by and between the undersigned, counsel for the parties in the within action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, pursuant to the terms of the parties' Settlement Agreement and Release.

Dated: December 42, 2025

**ATTORNEYS FOR PLAINTIFF:**

HORN WRIGHT, LLP

By: _____
    Pablo A. Fernandez
400 Garden City Plaza, Suite 500
Garden City, New York 11530
Ph.: (516) 355-9696

**ATTORNEYS FOR DEFENDANTS:**

THOMAS A. ADAMS
Nassau County Attorney

By: _____
    Steven V. Dalton
    Deputy County Attorney
1 West Street
Mineola, New York 11501
Ph.: (516) 571-3046

**SO ORDERED:**

_____
Honorable Joanna Seybert